Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169-5958
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: ddavis@swlaw.com

*Attorneys for Defendant Desert Sales Academy, Inc.*
*d/b/a Lightspeed VT*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSS LOGAN, *on behalf of himself and all others similarly situated*, | Case No.: Case 2:24-cv-00277-JAD-MDC |
| Plaintiff, | **JOINT STIPULATION REGARDING EXTENSION OF TIME PURSUANT TO LR IA 6-1(A)** |
| v. | |
| DESERT SALES ACADEMY, INC., | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff Ross Logan ("Plaintiff") and Defendant Desert Sales Academy, Inc. d/b/a Lightspeed VT ("Defendant") stipulate to extend Defendant's time to respond to Plaintiff's Complaint to April 3, 2024. Defendant requests this extension because it recently retained its defense counsel who are investigating the underlying facts, the allegations, evaluating potential defenses, and because the current response date is March 4, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the first stipulation to extend Defendant's time to respond to the Complaint to which the Parties have entered.

IT IS SO STIPULATED.

Dated: March 1, 2024.

SNELL & WILMER LLP


By: /s/ *Dawn L. Davis*
    Dawn L. Davis, Esq.
    3883 Howard Hughes Parkway, Ste. 1100
    Las Vegas, Nevada 89169-5958

*Attorneys for Defendant Desert Sales Academy, Inc. d/b/a Lightspeed VT*

Dated: March 1, 2024.

THE WEITZ FIRM, LLC


By: /s/ *Max S. Morgan*
    Max S. Morgan, Esq.
    1515 Market Street, Suite 1100
    Philadelphia, Pennsylvania 19102

*Attorneys for Plaintiff*


IT IS SO ORDERED:


_____
Maximiliano D. Couvillier III
United States Magistrate Judge

4868-3840-4266

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200