Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: ddavis@swlaw.com

Attorney for Defendant,
DESERT SALES ACADEMY, INC.
d/b/a Lightspeed VT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSS LOGAN, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DESERT SALES ACADEMY, INC.,<br><br>Defendant. | Case No.:  Case 2:24-cv-00277-JAD-MDC<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME PURSUANT TO LR IA 6-1(A)**<br><br>**(SECOND REQUEST)** |

Plaintiff Ross Logan ("Plaintiff") and Defendant Desert Sales Academy, Inc. d/b/a Lightspeed VT ("Defendant") stipulate to extend Defendant's time to respond to Plaintiff's Complaint to May 3, 2024.  Since being retained, Defendant's counsel have been diligently investigating the underlying facts, allegations, and evaluating potential defenses.  Defendant's current response date is April 3, 2024.  If granted, the extension would allow the parties to determine whether early resolution of the case is possible without Defendant yet having to expend resources, including attorneys' fees, preparing a response to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  This is the second stipulation to extend Defendant's time to respond to the Complaint; the
2  original response date was March 4, 2024, which the Court extended to April 3, 2024.
3  IT IS SO STIPULATED.

Dated: April 2, 2024.

SNELL & WILMER LLP

By: /s/ *Dawn L. Davis*
Dawn L. Davis, Esq.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, Nevada 89169-5958

*Attorneys for Defendant Desert Sales Academy, Inc. d/b/a Lightspeed VT*

Dated: April 2, 2024.

THE WEITZ FIRM, LLC

By: /s/ *Max S. Morgan*
Max S. Morgan, Esq.
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 4/3/2024

4867-0506-5139