**BLACK & WADHAMS**
Rusty Graf, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone Number: (702) 869-8801
Fax Number: (702) 869-2269
Email Address: rgraft@blackwadhams.law
*Attorneys for Desert Sales Academy, Inc.*
*d/b/a Lightspeed VT*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSS LOGAN, *on behalf of himself and all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT SALES ACADEMY, INC.<br><br>Defendants | Case No.: 2:24-cv-00277-JAD-MDC<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME PURSUANT TO LR IA 6-1(A)**<br><br>**(THIRD REQUEST)** |

Plaintiff Ross Logan ("Plaintiff") and Defendant Desert Sales Academy, Inc. d/b/a Lightspeed VT ("Defendant") stipulate to extend Defendant's time to respond to Plaintiff's Complaint to May 13, 2024. Since being retained, Defendant's counsel have been diligently investigating the underlying facts, allegations, and evaluating potential defenses. Defendant's current response date is May 3, 2024. If granted, the extension would allow the parties to determine whether early resolution of the case is possible without Defendant yet having to expend resources, including attorneys' fees, preparing a response to the Complaint.

/ / /

/ / /

/ / /

1

This is the third stipulation to extend Defendant's time to respond to the Complaint, the original response date was March 4, 2024, which the Court extended to April 3, 2024, which the Court extended to May 3, 2024.

IT IS SO STIPULATED.

Dated: May 1, 2024.

BLACK & WADHAMS

By: */s/ Rusty Graf*
    Rusty Graf, Esq.
    10777 W. Twain Ave., Suite 300
    Las Vegas, Nevada 89135

*Attorneys for Defendant Desert Sales Academy, Inc. d/b/a Lightspeed VT*

Dated: May 1, 2024.

THE WEITZ FIRM, LLC

By: */s/ Max S. Morgan*
    Max S. Morgan, Esq.
    1515 Market Street, Suite 1100
    Philadelphia, Pennsylvania 19102

*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge
Dated: May 9, 2024

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BLACK & WADHAMS and that on the 1st day of May 2024 I caused the above and foregoing document entitled **JOINT STIPULATION REGARDING EXTENSION OF TIME PURSUANT TO LR IA 6-1(A) (THIRD REQUEST)** , to be served as follows:

[ ]   deposited in a sealed envelope, sent Certified Mail, in the Post Office of Las Vegas, Clark County, Nevada with postage pre-paid directed as follows

[ X ]   by the U.S. District Court's electronic filing/service system;

[ ]   by email to

[ ]   hand delivered

to the party or their attorney(s) listed below at the address and/or facsimile number indicated below:

MAX MORGAN, ESQ.
Max.morgan@theweitzfirm.com

CRAIG K. PERRY, ESQ.
cperry@craigperry.com

　　　　　　　　　　　　　　　　　　　*/s/ Diane Meeter*
　　　　　　　　　　　　　　　　　　　An Employee of Black & Wadhams

3