# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ross Logan,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Desert Sales Academy, Inc.,<br><br>　　　　　　　Defendant(s). | **2:24-cv-00277-JAD-MDC**<br><br>**Order** |

　　　For good cause shown and because the motion is unopposed, the *Motion to Substitute Attorney* (ECF No. 13) is GRANTED.

　　　Dawn L. Davis, Esq. of the law firm of Snell & Wilmer, L.L. will be substituted by Rusty Graf, Esq. of the law firm of Black & Wadhams as counsel of record for the defendant.

　　　Dawn L. Davis, Esq. is removed as counsel of record for defendant and removed from CM/ECF service for this case.

　　　DATED this 20th day of May 2024.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge