**BLACK & WADHAMS**
Rusty Graf, Esq.
Nevada Bar No. 6322
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
rgraf@blackwadhams.law
*Attorneys for Defendant, Desert Sales Academy, Inc.*

**CRAIG K. PERRY & ASSOCIATES**
Craig K. Perry, Esq.
6210 N. Jones Blvd. #753907
Las Vegas, NV 89136
cperry@craigperry.com
*Pro Hac Vice*

**THE WEITZ FIRM, LLC**
Max S. Morgan, Esq.
1515 Market Street, #1100
Philadelphia, PA 19102
max.morgan@theweitzfirm.com
*Attorneys for Plaintiff Ross Logan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSS LOGAN, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT SALES ACADEMY, INC.,<br><br>Defendants. | Case No.: 2:24-cv-00277-JAD-MDC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

TO THE COURT, EACH PARTY AND THEIR ATTORNEY OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ross Logan ("Plaintiff") and Defendant Desert Sales Academy, Inc. ("Defendant") hereby stipulate and agree that Plaintiff's individual claims against Defendant are dismissed *with prejudice* and the claims of the putative class are dismissed *without prejudice*. Each party shall bear its own fees and costs.

Dated this 4th day of August, 2025.

Respectfully submitted,

    */s/ Rusty Graf*

**BLACK & WADHAMS**
Rusty Graf, Esq.
Nevada Bar No. 6322
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
rgraf@blackwadhams.law
*Attorneys for Defendant, Desert Sales Academy, Inc.*

    */s/ Max S. Morgan*

**THE WEITZ FIRM, LLC**
Max S. Morgan, Esq.
1515 Market Street, #1100
Philadelphia, PA 19102
max.morgan@theweitzfirm.com
*Attorneys for Plaintiff Ross Logan*

**CRAIG K. PERRY & ASSOCIATES**
Craig K. Perry, Esq.
6210 N. Jones Blvd. #753907
Las Vegas, NV 89136
cperry@craigperry.com
*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of August, 2025, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, an that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/Max S. Morgan*
Max S. Morgan
