**BLACK & WADHAMS**
Rusty Graf, Esq.
Nevada Bar No. 6322
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
rgraf@blackwadhams.law
*Attorneys for Defendant, Desert*
*Sales Academy, Inc.*

**CRAIG K. PERRY & ASSOCIATES**
Craig K. Perry, Esq.
6210 N. Jones Blvd. #753907
Las Vegas, NV 89136
cperry@craigperry.com
*Pro Hac Vice*

**THE WEITZ FIRM, LLC**
Max S. Morgan, Esq.
1515 Market Street, #1100
Philadelphia, PA 19102
max.morgan@theweitzfirm.com
*Attorneys for Plaintiff Ross Logan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSS LOGAN, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> DESERT SALES ACADEMY, INC., <br><br> Defendants. | Case No.: 2:24-cv-00277-JAD-MDC <br><br> **JOINT STIPULATION &** <br> **ORDER** <br> **OF VOLUNTARY DISMISSAL** <br><br> ECF No. 52 |

TO THE COURT, EACH PARTY AND THEIR ATTORNEY OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ross Logan ("Plaintiff") and Defendant Desert Sales Academy, Inc. ("Defendant") hereby stipulate and agree that Plaintiff's individual claims against Defendant are dismissed *with prejudice* and the claims of the putative class are dismissed *without prejudice*. Each party shall bear its own fees and costs.

Dated this 4th day of August, 2025.

Respectfully submitted,

_____/s/ Rusty Graf_____

**BLACK & WADHAMS**
Rusty Graf, Esq.
Nevada Bar No. 6322
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
rgraf@blackwadhams.law
*Attorneys for Defendant, Desert*
*Sales Academy, Inc.*

_____/s/ Max S. Morgan_____

**THE WEITZ FIRM, LLC**
Max S. Morgan, Esq.
1515 Market Street, #1100
Philadelphia, PA 19102
max.morgan@theweitzfirm.com
*Attorneys for Plaintiff Ross Logan*

**CRAIG K. PERRY & ASSOCIATES**
Craig K. Perry, Esq.
6210 N. Jones Blvd. #753907
Las Vegas, NV 89136
cperry@craigperry.com
*Pro Hac Vice*

## ORDER

Based on the named parties' stipulation [ECF No. 52] and with good cause appearing, and because this putative class action was never certified as a class action, IT IS ORDERED that the stipulation **[ECF No. 52] is approved; the claims of Plaintiff Ross Logan are DISMISSED with prejudice, and the claims of the putative class are dismissed without prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge
August 8, 2025

JOINT STIPULATION OF VOLUNTARY DISMISSAL